161 A.3d 793

Terry KINAVEY, Petitioner

v.

WEST JEFFERSON HILLS SCHOOL DISTRICT and Board of Directors of West Jefferson Hills School District, Respondents

No. 278 WAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**